IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KOON PROPERTIES, LLC,**
**WALTER KOON, and DIANE KOON**                                                **PLAINTIFFS**

v.                                   Case No.  4:20-cv-01314 KGB

**CINCINNATI INSURANCE COMPANY**                                               **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 8).  The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown, the Court adopts the stipulation of dismissal.  The action is dismissed with prejudice.  The Court denies as moot the pending motion for leave to file amended complaint (Dkt. No. 7).

It is so ordered this 14th day of February, 2022.

_____
Kristine G. Baker
United States District Judge